UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MONICA PALACIOS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:16-cv-000549-GBL-TCB |
| ) | |
| SHAPIRO & BROWN, LLP, et al. ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

Please be advised that it appears that all further actions in the above-captioned proceeding are stayed pursuant to 11 U.S.C. Section 362 and 1301 as Jaime B. Palacios, co-debtor of Plaintiff Monica Palacios, filed a Chapter 13 Bankruptcy petition on June 15, 2016 in the U.S. Bankruptcy Court in the District of Maryland, Baltimore Division, under case number 16-18077.

                                              Respectfully submitted,

                                              SHAPIRO & BROWN, LLP and
PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA
*By Counsel*

Dated: June 16, 2016                      _____/s/_____

                                              William M. Savage (VSB #26155)
James R. Meizanis (VSB #80692)
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 261-7421 (telephone)
(703) 261-7487
(703) 449-5850 (facsimile)
bsavage@logs.com
jmeizanis@logs.com

CERTIFICATE OF SERVICE

I hereby certify and affirm under the penalties of perjury that I served a copy of the aforementioned pleading to the following by first class mail, postage prepaid, or by filing with the Clerk of the Court using the CM/EFC system, on this 16th day of June, 2016:

Monica Palacios
6248 Diamond Drive
Falls Church, VA 22044

_____/s/_____
William M. Savage (VSB #26155)
James R. Meizanis (VSB #80692)
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 261-7421 (telephone)
(703) 261-7487
(703) 449-5850 (facsimile)
bsavage@logs.com
jmeizanis@logs.com